The district court is without jurisdiction in a suit to compel a tutor, whose office is expired, to account and pay the balance in his hands.

PORTER, J. delivered the opinion of the court. This action was instituted in the district court to compel the defendant whose office of tutor was stated to have expired, to render an account and pay over the moneys in his hand. The judge below dismissed the suit on the ground that the court of probates had exclusive jurisdiction of the case. With this opinion, we concur; after the repeated decisions of this court, the question cannot be considered as an open one.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Brownson* for the plaintiffs, *Simon & Garland* for the defendant.

———

*M'DONOGH* vs. *ROGERS.*

APPEAL from the court of the fifth district.

No appeal lies from an order to answer interrogatories.

MARTIN, J. delivered the opinion of the cort. This appeal is taken from the opinion

of the court directing the plaintiff to answer certain interrogatories, propounded to him in the defendant's answer.  Delay is the only injury which the plaintiff may sustain from the error of the judge, after his answer is put in, it will be disregarded if he was improperly ordered to answer, and probably, the final judgment of the cause will be further postponed by the appeal, than by a compliance with the order to answer.   The appeal appears to us premature.

It is therefore ordered, adjudged and decreed, that it be dismissed with costs.

*Simon* for the plaintiff, *Lesassier*, *Bowen & Garland* for the defendant.